## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

|  |  |  |
|---|---|---|
| MUARICE SMITH, | : | Case No. 1:19-cv-298 |
|  | : |  |
| Petitioner, | : | Judge Matthew W. McFarland |
|  | : | Magistrate Judge Karen L. Litkovitz |
| v. | : |  |
|  | : |  |
| WARDEN, LONDON CORRECTIONAL | : |  |
| INSTITUTION, | : |  |
|  | : |  |
| Respondent. | : |  |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 43)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 43), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Petitioner's motions to reinstate this matter (Docs. 36, 39, 41) are **GRANTED**;

2. The October 23, 2020 Order administratively staying this action and terminating this case on the Court's active docket (Docs. 30, 31) is **VACATED**;

3. This matter is **REINSTATED** to this Court's active docket;

4.  Petitioner **SHALL FILE** a supplement to his Petition within 30 days of this Order;

5.  Respondent **SHALL FILE** a supplement to the State Court Record and Supplemental Return of Writ within 60 days of Petitioner's supplement to his Petition;

6.  Petitioner **MAY FILE** a Traverse/Reply within 21 days of Respondent's Supplemental Return of Writ.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND