IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MAURICE SMITH, | : | Case No. 1:19-cv-298 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Michael R. Merz |
| v. | : | |
| | : | |
| WARDEN, London Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 51)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. 51), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Petitioner's Petition (Doc. 1) and Supplemental Petition (Doc. 45) are **DISMISSED WITH PREJUDICE**;

2. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a), that any appeal of this Order would not be taken in good faith and that Plaintiff should be denied leave to appeal *in forma pauperis*; and

3. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF OHIO

By: _____
                                         JUDGE MATTHEW W. McFARLAND